

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-2013

# USA v. Claudia Marquez Moreno

Precedential or Non-Precedential: Precedential

Docket No. 12-1460

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Claudia Marquez Moreno" (2013). *2013 Decisions.* Paper 293.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/293

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1460
_____

UNITED STATES OF AMERICA

v.

CLAUDIA LORENA MARQUEZ MORENO,
Appellant
_____

On Appeal from the District Court of the Virgin Islands
(Division of St. Thomas)
(D. C. No. 3-11-cr-00017-001)
District Judge: Honorable Curtis V. Gomez

Argued: December 3, 2012

Before: SMITH, HARDIMAN, and ROTH, *Circuit Judges*

_____

ORDER
_____

The dissenting opinion filed on July 3, 2013, is AMENDED as follows: The citation to "8 U.S.C. § 212," which appears in the fifth paragraph of the dissenting opinion on page 3, is amended to read "22 U.S.C. § 212."

By the Court:

/s/ D. Brooks Smith
U.S. Circuit Judge

DATED: August 15, 2013